### Jackson, ex dem. Rachael Lewis and others, v. John Van Loon.

WOODWORTH moved for a commission to be directed to persons in this state, to take the examination of witnesses in *Pennsylvania*.

*Riggs* against its being allowed, urged the direc-
tion.

*Per Curiam.* The act* does not specify, that the commissioners should live in the state to which the commission is addressed.

\* For the amendment of the law, 1 *Rev. Laws,* 351. *sec.* 11.

Take your motion.

